# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Efrain FRAUSTO,<br><br>Defendant. | Case No.   22MJ8362<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about May 28, 2022, within the Southern District of California, defendant Efrain FRAUSTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Marco Antonio AVALOS-Silva, Sintya Elizabeth MARTIN-Perez, and Javier PEREZ-Silvestre, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

1

2    And the complainant states this complaint is based on the attached Probable Cause

3    Statement, which is incorporated herein by reference.

4

5    _____

6    MANUEL VIZCARRA
     BORDER PATROL AGENT

7

8    Sworn and attested to under oath by telephone, in accordance with Federal Rule of

9    Criminal Procedure 4.1, this 31st day of May, 2022.

10

11

12   _____

13   HON. MITCHELL D. DEMBIN
     U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES OF AMERICA

v.

Efrain FRAUSTO

**PROBABLE CAUSE STATEMENT**

I, Border Patrol Agent (BPA) Robert Daltorio, declare under penalty of perjury, the following is true and correct:

This complaint is based upon statements in the investigative report by Supervisory Border Patrol Agent (SBPA) B. Strait that on May 28, 2022, Efrain FRAUSTO (FRAUSTO), a United States Citizen (USC), was arrested near Calexico, California while smuggling 14 undocumented aliens inside a vehicle in violation of Title 8, United States Code, Section 1324.

On May 28, 2022, SBPA B. Strait was performing routine patrol duties in the Calexico Area of Responsibility approximately 32 miles east of the Calexico, California West Port of Entry. SBPA Strait was in full rough duty uniform and was wearing his service issued Axon 3 Body Camera (BCAM) on his chest. SBPA Strait was driving a fully marked United States Border Patrol vehicle equipped with emergency lights and siren.

At approximately 7:40 a.m., El Centro Sector Communications (KAK840) put out a "Be On The Lookout" (BOLO) via service radio for a Silver Nissan Sentra NYA2 with Baja California, Mexico plates A57NYA2 in the area of Zone 20 of the Calexico Area of Operations. At approximately 10:34 a.m., BPA J. Espinal, who was working in the Calexico station's Remote Video Surveillance System (RVSS) room, relayed to SBPA

Strait that he observed a vehicle, which appeared to be a white F250 utility truck, activate a vehicle sensor camera. BPA Espinal said the vehicle resembled work vehicles along the area but this one stood out to him because it had few markings on the side. BPA Espinal stated he observed the vehicle cross southbound over the All-American Canal at Schneider's Bridge, travel westbound along the International Boundary Fence (IBF), turn around eastbound, briefly stop, and continue east through Schneider's Bridge northbound. BPA Espinal asked SBPA Strait to call his cell phone. On the phone, BPA Espinal told SBPA Strait he did not notice any license plates and that the vehicle did not match vehicles usually seen in the area. BPA Espinal informed SBPA Strait the vehicle was now traveling westbound on Interstate 8. SBPA Strait noted the information and proceeded to investigate.

SBPA Strait positioned himself on the exit ramp of Interstate 8 near the "East Y," which is the Y intersection where State Route 98 meets Interstate 8. He noticed a vehicle matching the description of a white F250 utility truck. Through cameras, Agent Espinal confirmed that SBPA Strait was behind the vehicle he was tracking.  SBPA Strait noticed the F250 had an orange 5-gallon water jug. The vehicle strongly resembled a work truck vehicle that BPAs on SBPA Strait's shift had interdicted a couple of weeks ago.  In SBPA Strait's experience, vehicles of this type are used by smuggling organizations to blend in with legitimate construction vehicles that work closely along the boundary fence.

As SBPA Strait was driving towards the vehicle, he began having difficulty reading the license plate due to the presence of a Silver Nissan Sentra "tailgating" just a few feet away from the rear bumper. Once the Silver Nissan Sentra left a gap, SBPA Strait began

to pass both vehicles to identify the plate. As he was passing the Nissan Sentra, SBPA Strait could tell the driver was looking down and texting and not paying any attention to him. The driver was a Hispanic male.  SBPA Strait passed the Sentra and broadcasted via service radio the license plate of 5STF479 to KAK840. As he was passing the white F250, he noticed the driver was wearing a reflective vest and was wearing a white "hard hat." This reminded him of a load driver of a work truck from approximately two weeks prior who was arrested wearing a very similar hard hat and a reflective vest. In SBPA Strait's experience, it is not common to see drivers continue wearing a hard hat while driving long distances. As he was passing the driver, SBPA Strait noticed the driver was a medium skinned Hispanic male and had a beard. The individual was wearing sunglasses. SBPA Strait was driving alongside him for approximately 10 seconds and the driver did not look over. In SBPA Strait's experience, it is not common for drivers to not look over to a law enforcement vehicle for that long of a period.

SBPA Strait passed the vehicle and waited for KAK840 to respond. KAK840 asked for plate confirmation. SBPA Strait looked back at the vehicle and noticed there was no front license plate. In SBPA Strait's experience, work vehicles still require California plates and companies usually comply with the regulation. SBPA Strait pulled to the right side of the highway and allowed the vehicle to pass. As he allowed it to pass, he noticed the Nissan Sentra was still following closely behind. SBPA Strait got behind both vehicles again. This time, the Nissan Sentra would not allow any space for SBPA Strait to attempt to pull the vehicle over. SBPA Strait looked at the Nissan Sentra's license plate and noticed

5

it was the same vehicle and Baja California plate that was put out at 7:40 a.m. Based on SBPA Strait's experience, the vehicles appeared to be traveling in "tandem." A tandem is a method used by smugglers where one driver is an escort and directs the other vehicle where to go. KAK840 indicated the license plate came back to a release of liability but the vehicle did not seem to match.

At approximately 10:45 a.m., SBPA Strait realized he could not get directly behind the F250 because the Nissan Sentra was blocking his approach. From the left lane of Interstate 8, SBPA Strait activated his lights and sirens. The Nissan Sentra gave way and SBPA Strait got behind the F250. The Nissan Sentra continued westbound. The F250 yielded to the shoulder of the road and SBPA Strait initiated a vehicle stop near mile-marker 62. SBPA Strait activated his BCAM equipped with immediate audio and the previous two minutes of visual evidence. As he approached the passenger side of the vehicle, he could see the driver was intent on watching his approach. As SBPA Strait approached the rear bumper of the vehicle, the driver sped off. He accelerated westbound and SBPA Strait ran back to his vehicle. The driver then veered north, breaking a barbed wire fence, crossed over Old Highway 80 and drove in the sand for approximately 300 yards and stopped in the dirt.

SBPA Strait was briefly stuck on the hill leading up to Old Highway 80; however, he maintained visual contact of the vehicle. SBPA Strait saw multiple individuals fleeing north from the cabin area and into the open desert. SBPA Strait approached the vehicle which had both doors opened. SBPA Strait did not see anyone in the immediate passenger

area. He noticed a black cell phone, resembling an iPhone, and a cigarette in the driver's seat. SBPA Strait went along the back area and climbed over the utility bed and observed multiple people crammed inside, including three individuals. Initially SBPA Strait counted 11, but later confirmed 10 individuals were in the back. SBPA Strait waited for backup BPAs to arrive. SBPA Strait could see an individual wearing a black shirt running near a pole line. The pole line was roughly 300 yards away from his position.

At approximately 11:19 a.m., BPA C. Toledo arrived on scene. BPA Toledo assisted SBPA Strait with the smuggled illegal aliens (IAs) and escorted them out of the utility bed. The smuggled aliens had to unlatch the rear door from the inside. BPAs R. Fuentes, C. Miramontes, F. Adame, and A. Mendez arrived on scene and began following footprints from the truck. BPA Fuentes apprehended the subject wearing a black shirt, later identified as PEREZ-Silvestre, Javier (PEREZ) and matched his footprints to a set leading away from the driver's side door. Agent Mendez apprehended a female illegal alien wearing a pink shirt and matched her footprints to a set leading away from the passenger's side door.

As SBPA C. Gallardo was conducting an inventory search of the vehicle, he discovered a female IA, later identified as MARTIN-Perez, Sintya (MARTIN), lying in the flat surface behind the driver and rear passenger seat of the vehicle. At this point KAK840 confirmed the plate was mismatched.

At approximately 11:29 a.m., BPA Adame informed SBPA Strait that Agent Fuentes caught the driver and another smuggled alien. The smuggled alien was later identified as AVALOS-Silva, Marco Antonio (AVALOS). BPA Adame had the driver in the back and

told SBPA Strait that he admitted to being the driver. SBPA Strait recognized the driver, later identified as FRAUSTO. BPA Adame also relayed to SBPA Strait that FRAUSTO had a parking receipt for AA parking, Calexico, CA and cigarettes inside his pocket. FRAUSTO recovered the parking receipt from his rear pocket and handed it to SBPA Strait. The receipt was for 8:48 a.m., May 28, 2022, for a gray Nissan Sentra license plate A57NYA2. BPA Adame handed SBPA Strait a white Samsung phone found in FRAUSTO's possession.

BPA Miramontes transported FRAUSTO to the station. BPA Miramontes informed SBPA Strait that FRAUSTO told him that he had a blue iPhone in the vehicle. BPA Miramontes asked FRAUSTO if the screen was in English or Spanish to which FRAUSTO stated Spanish.

All the smuggled aliens admitted to crossing the border illegally and stated they were citizens of Mexico without the legal immigration documents allowing them to enter, be, reside, or travel through the United States legally. All smuggled aliens were subsequently placed under arrest. FRAUSTO was placed under arrest for violation of Title 8, United States Code, Section 1324. All subjects were transported to the Calexico Border Patrol Station. AVALOS, MARTIN, and PEREZ were later interviewed as material witnesses. The other 11 smuggled aliens were later transported to the El Centro Centralized processing center for further processing.

At the station as a routine step in processing, all the subjects' biographic and biometric information were entered into Department of Homeland Security (DHS)

8

processing systems. These systems along with record checks revealed a negative immigration and criminal history of FRAUSTO.

On May 29, 2022, at the Calexico Station, BPA Toledo and BPA Alconera conducted a videotaped sworn statement with FRAUSTO regarding his involvement in smuggling illegal aliens. At approximately 1:35 p.m., FRAUSTO was advised of his Miranda rights in the Spanish language by BPA Toledo and this was witnessed by BPA Alconera. FRAUSTO stated that he understood his rights and that he was not willing to provide a statement without the presence of an attorney. No further questions were asked, and the videotaped sworn statement concluded at approximately 1:38 p.m.

Material witnesses AVALOS, MARTIN and PEREZ were presented with a Six-Pack photo lineup. When presented with the Six-Pack photo lineup, AVALOS identified picture 1A as "possibly being" the driver. Picture 1A corresponds to FRAUSTO. Material witness MARTIN was not able to identify picture 1A as the driver. Material witness PEREZ was presented with a Six-Pack photo lineup and was able to identify picture 1A, FRAUSTO, as the driver of the vehicle. All Material witnesses stated they were going to pay between $10,000 and $14,000 to be smuggled into the United States.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|------|----------------|
| Marco Antonio AVALOS-Silva | Mexico |
| Sintya Elizabeth MARTIN-Perez | Mexico |
| Javier PEREZ-Silvestre | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

1  Executed on May 29, 2022, at 1:00 p.m.

2

3

4                                        ROBERT W. DALTORIO

5                                        BORDER PATROL AGENT

6

7          On the basis of the facts presented in the Probable Cause Statement consisting of

8  8 pages, I find probable cause to believe that the defendant named in this Probable

9  Cause Statement committed the offenses on May 28, 2022 in violation of Title 8, United

10 States Code 1324.

11

12                                             1:24 PM, May 29, 2022

13 HON. KAREN S. CRAWFORD                           DATE/TIME

14 U.S. MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28